Dismissed and Memorandum Opinion filed December 21, 2006








Dismissed
and Memorandum Opinion filed December 21, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00855-CV

____________

 

GILBERT DEHOYOS,
Appellant

 

V.

 

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, Appellee

 



 

On Appeal from County Civil Court
at Law No. 1

Harris County, Texas

Trial Court Cause No.
869350

 



 

M E M O R A N D U M  O P I N I O N

This is
an appeal from a judgment signed September 18, 2006.  The notice of appeal was
filed on September 25, 2006.  To date, our records show that appellant has
neither established indigence nor paid the $125.00 appellate filing fee.  See
Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent); Tex. R. App. P. 20.1
(listing
requirements for establishing indigence); see also Order Regarding Fees
Charged in Civil Cases in the Supreme Court and the Courts of Appeals, Misc.
Docket No. 98-9120 (Tex. Jul. 21, 1998) (listing fees in court of appeals); Tex. Gov=t Code Ann. ' 51.207 (same). 








After being given the requisite ten-days= notice that this
appeal was subject to dismissal, appellant did not respond.  See Tex. R. App. P. 42.3.  Accordingly, the appeal is ordered
dismissed.  See Tex. R. App. P. 42.3(c)
(allowing
involuntary dismissal of case because
appellant has failed to comply with notice from clerk requiring response or
other action within specified time).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum Opinion filed
December 21, 2006.

Panel consists of Justices Frost, Seymore, and Guzman.